DIVISION OF CORPORATIONS



# Detail by Entity Name

Foreign Limited Partnership
WAL-MART STORES EAST, LP

**Filing Information**

| | |
|---|---|
| **Document Number** | B01000000392 |
| **FEI/EIN Number** | 71-0862119 |
| **Date Filed** | 11/16/2001 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | LP AMENDMENT |
| **Event Date Filed** | 07/07/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

702 SW 8TH STREET
BENTONVILLE, AR 72716

Changed: 07/07/2020

**Mailing Address**

702 SW 8TH STREET
BENTONVILLE, AR 72716

Changed: 07/07/2020

**Registered Agent Name & Address**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Name Changed: 03/31/2004

Address Changed: 03/31/2004

**General Partner Detail**

**Name & Address**

Document Number M02000000296

WSE MANAGEMENT, LLC
702 SW 8TH STREET
BENTONVILLE, AR 72716

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2019 | 04/05/2019 |
| 2020 | 05/31/2020 |
| 2021 | 04/26/2021 |

## Document Images

| | |
|---|---|
| 04/26/2021 — ANNUAL REPORT | View image in PDF format |
| 07/07/2020 — LP Amendment | View image in PDF format |
| 05/31/2020 — ANNUAL REPORT | View image in PDF format |
| 04/05/2019 — ANNUAL REPORT | View image in PDF format |
| 04/14/2018 — ANNUAL REPORT | View image in PDF format |
| 04/12/2017 — ANNUAL REPORT | View image in PDF format |
| 04/14/2016 — ANNUAL REPORT | View image in PDF format |
| 03/31/2015 — ANNUAL REPORT | View image in PDF format |
| 03/31/2014 — ANNUAL REPORT | View image in PDF format |
| 04/12/2013 — ANNUAL REPORT | View image in PDF format |
| 04/14/2012 — ANNUAL REPORT | View image in PDF format |
| 03/18/2011 — ANNUAL REPORT | View image in PDF format |
| 04/09/2010 — ANNUAL REPORT | View image in PDF format |
| 12/11/2009 — LP Amendment | View image in PDF format |
| 04/13/2009 — ANNUAL REPORT | View image in PDF format |
| 04/08/2008 — ANNUAL REPORT | View image in PDF format |
| 03/15/2007 — ANNUAL REPORT | View image in PDF format |
| 04/27/2006 — ANNUAL REPORT | View image in PDF format |
| 05/13/2005 — ANNUAL REPORT | View image in PDF format |
| 05/13/2005 — Contribution Change | View image in PDF format |
| 05/11/2004 — ANNUAL REPORT | View image in PDF format |
| 05/11/2004 — Contribution Change | View image in PDF format |
| 03/31/2004 — Reg. Agent Change | View image in PDF format |
| 05/08/2003 — ANNUAL REPORT | View image in PDF format |
| 05/08/2003 — Contribution Change | View image in PDF format |
| 04/03/2002 — ANNUAL REPORT | View image in PDF format |
| 04/03/2002 — Contribution Change | View image in PDF format |
| 03/14/2002 — Amendment | View image in PDF format |
| 11/16/2001 — Foreign LP | View image in PDF format |

Florida Department of State, Division of Corporations

search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=WALMARTSTOR…   2/2



**B0I000000392**

ACCOUNT NO. : 072100000032

REFERENCE : 434424    7136890

AUTHORIZATION : *Patricia Pizzuto*

COST LIMIT : $ 87.50

FILED
01 NOV 16 PM 1: 35
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

---

ORDER DATE : November 14, 2001

ORDER TIME : 10:58 AM

ORDER NO. : 434424-005

CUSTOMER NO: 7136890

000004685620--9

CUSTOMER: Mr. Kris Isham
Wal-mart Stores, Inc. Legal
702 Sw 8th Street

Bentonville, AR  72716-8095

---

<u>FOREIGN FILINGS</u>

NAME:    WAL-MART STORES EAST, LP

**BK**

RECEIVED
01 NOV 16 AM 11: 48
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

<u>XXXX</u> QUALIFICATION    (TYPE: <u>LP</u>)

PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

_____ CERTIFIED COPY
<u>XX</u>_____ PLAIN STAMPED COPY
_____ CERTIFICATE OF GOOD STANDING

CONTACT PERSON: Jeanine Reynolds -- EXT# 1133

EXAMINER: _____

# APPLICATION BY FOREIGN LIMITED PARTNERSHIP FOR
## AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

1. WAL-MART STORES EAST, LP
   (Name of limited partnership as it is in the home state)

2. WAL-MART STORES EAST, LIMITED PARTNERSHIP
   (If name is unavailable, name under which the limited partnership proposes to register or transact business in Florida; must contain the word "LIMITED" or "LTD.")

3. DELAWARE                              4. NOVEMBER 9, 2001
   (State of Formation)                     (Date of Formation)

5. Corporation Service Company
   (Name of Registered Agent for Service of Process)

6. 1201 Hays Street
   (Street Address of Registered Office)

Tallahassee                       , Florida 32301
   (City)                                   (Zip Code)

7. Acceptance by the Registered Agent for Service of Process:

   Corporation Service Company
   By: _____ **BRIAN COURTNEY, ASST. V.P.**
              (Agent must sign on this line)

8. 702 SW 8TH STREET, BENTONVILLE, AR, 72716

   (Address of registered office required in state of formation or, if not required, address of principal office.)

9. NAMES OF GENERAL PARTNERS                 STREET ADDRESS

WAL-MART STORES EAST, INC. - 702 SW 8TH STREET, BENTONVILLE, AR, 72716-0555

F010 00001763

10. 702 SW 8TH STREET, BENTONVILLE, AR, 72716-0555
    (Office where Names, Addresses and Contributions of Limited Partners are kept.)

11. The limited partnership will undertake to keep the records listing the addresses and capital contributions of the limited partner or limited partners until the limited partnership's registration in Florida is canceled or withdrawn.

**CONTINUED**

12. 702 SW 8TH STREET, BENTONVILLE, AR, 72716-0555

FILED
01 NOV 16 PM 1: 35
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

_____

(Mailing Address of Limited Partnership)

Under penalties of perjury I, being duly sworn, declare that I have read the foregoing and know the contents thereof,
and that the facts stated herein are true and correct.

Signed this ___15TH___ day of _____NOVEMBER_____, 2001

_____, on behalf of Wal-Mart Stores East,
General Partner                                                                          Inc.

STATE OF ___ARKANSAS___

COUNTY OF ___BENTON___

On this ___15TH___ day of ___NOVEMBER___ 2001

___ANTHONY D. GEORGE___, personally appeared before me,

☒ who is personally known to me

☐ whose identity I proved on the basis of _____

_____

_____
(Notary Public Signature)

JOLINN DEASON
(Notary's Printed Name)

Seal        My Commission Expires:

OFFICIAL SEAL
JOLINN DEASON
NOTARY PUBLIC - ARKANSAS
BENTON COUNTY
My Commission Expires: 01  01  2003

## AFFIDAVIT OF CAPITAL CONTRIBUTIONS FOR A FOREIGN LIMITED PARTNERSHIP

BEFORE ME the undersigned personally appeared Anthony D. George, on behalf of Wal-Mart Stores

a general partner of WAL-MART STORES EAST, LP _____, a (an) DELAWARE

limited partnership, hereinafter referred to as the "Partnership", who certifies as follows:

1. The amount of capital contributions of the limited partners is $ 99 _____.

2. The anticipated amount of the capital contributions of the limited partners that are allocated for the purposes of transacting business in Florida is $ 0 _____.

*Under the penalties of perjury I, being duly sworn, declare that I have read the foregoing and know the contents thereof and that the facts stated herein are true and correct.*

Signed this ___15TH___ day of _____NOVEMBER_____, __2001__.

_____, on behalf of Wal-Mart Stores East,
General Partner                                                    Inc.

STATE OF ARKANSAS _____

COUNTY OF BENTON _____

On this_____15TH_____ day of _____NOVEMBER_____, ___2001___,

ANTHONY D. GEORGE _____, personally appeared before me,

☒ who is personally known to me

☐ whose identity I proved on the basis of _____

_____
(Notary Public Signature)

*Jolinn Deason*
(Notary's Printed Name)

Seal            My Commission Expires: _____

OFFICIAL SEAL
JOLINN DEASON
NOTARY PUBLIC - ARKANSAS
BENTON COUNTY
My Commission Expires: 01  01  2003

# APPLICATION BY FOREIGN LIMITED PARTNERSHIP FOR
# AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*FILED 01 NOV 16 PM 1:35 SECRETARY OF STATE ALLAHASSEE, FLORIDA*

1. WAL-MART STORES EAST, LP
   (Name of limited partnership as it is in the home state)

2. WAL-MART STORES EAST, LIMITED PARTNERSHIP
   (If name is unavailable, name under which the limited partnership proposes to register or transact business in Florida; must contain the word "LIMITED" or "LTD.")

3. DELAWARE                          4. NOVEMBER 9, 2001
   (State of Formation)                 (Date of Formation)

5. Corporation Service Company
   (Name of Registered Agent for Service of Process)

6. 1201 Hays Street
   (Street Address of Registered Office)

Tallahassee                    , Florida 32301
   (City)                                 (Zip Code)

7. Acceptance by the Registered Agent for Service of Process:

   Corporation Service Company

   **BRIAN COURTNEY, ASST. V.P.**
   By: _____
   (Agent must sign on this line)

8. 702 SW 8TH STREET, BENTONVILLE, AR, 72716
   (Address of registered office required in state of formation or, if not required, address of principal office.)

9. NAMES OF GENERAL PARTNERS          STREET ADDRESS

WAL-MART STORES EAST, INC. - 702 SW 8TH STREET, BENTONVILLE, AR, 72716-0555

P010 00001763

10. 702 SW 8TH STREET, BENTONVILLE, AR, 72716-0555
    (Office where Names, Addresses and Contributions of Limited Partners are kept.)

11. The limited partnership will undertake to keep the records listing the addresses and capital contributions of the limited partner or limited partners until the limited partnership's registration in Florida is canceled or withdrawn.

**CONTINUED**

12 702 SW 8TH STREET, BENTONVILLE, AR, 72716-0555

*FILED*
*01 NOV 16 PM 1:35*
*SECRETARY OF STATE*
*TALLAHASSEE, FLORIDA*

_____

(Mailing Address of Limited Partnership)

Under penalties of perjury I, being duly sworn, declare that I have read the foregoing and know the contents thereof, and that the facts stated herein are true and correct.

Signed this ___15TH___ day of _____NOVEMBER_____, 2001

_____, on behalf of Wal-Mart Stores East, Inc.

General Partner

STATE OF   ARKANSAS

COUNTY OF  BENTON

On this ___15TH___ day of ___NOVEMBER___ 2001

ANTHONY D. GEORGE _____, personally appeared before me,

[X] who is personally known to me

[ ] whose identity I proved on the basis of_____

_____

(Notary Public Signature)

JOLINN DEASON

(Notary's Printed Name)

Seal       My Commission Expires:

OFFICIAL SEAL
**JOLINN DEASON**
NOTARY PUBLIC - ARKANSAS
BENTON COUNTY
My Commission Expires: 01  01  2003



# Detail by Entity Name

Foreign Profit Corporation
WALMART INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | 849374 |
| **FEI/EIN Number** | 71-0415188 |
| **Date Filed** | 06/08/1981 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 02/01/2018 |
| **Event Effective Date** | NONE |

**Principal Address**

702 SW 8TH ST
BENTONVILLE, AZ 72716

Changed: 04/24/2021

**Mailing Address**

702 SW 8TH ST
BENTONVILLE, AZ 72716

Changed: 04/24/2021

**Registered Agent Name & Address**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Name Changed: 03/02/2017

Address Changed: 03/02/2017

**Officer/Director Detail**
**Name & Address**

Title Director

McMillon, Douglas C.
702 SW 8TH ST
BENTONVILLE, AZ 72716

Title EVP/SVP

Biggs, Brett M.
702 SW 8TH ST
BENTONVILLE, AZ 72716

Title Secretary

Brand, Rachel
702 SW 8TH ST
BENTONVILLE, AZ 72716

Title Senior Vice President

Rancher, Jessica
702 SW 8TH ST
BENTONVILLE, AZ 72716

Title EVP & Treasurer

Whalen, Amanda
702 SW 8TH ST
BENTONVILLE, AZ 72716

Title President

McMillon, Douglas C.
702 SW 8TH ST
BENTONVILLE, AZ 72716

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2019 | 04/05/2019 |
| 2020 | 05/31/2020 |
| 2021 | 04/24/2021 |

### Document Images

| | |
|---|---|
| 04/24/2021 -- ANNUAL REPORT | View image in PDF format |
| 05/31/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/14/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2018 -- Name Change | View image in PDF format |
| 03/02/2017 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/23/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2014 -- ANNUAL REPORT | View image in PDF format |
| 07/01/2013 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/12/2013 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 04/12/2013 – ANNUAL REPORT | View image in PDF format |
| 01/25/2012 – ANNUAL REPORT | View image in PDF format |
| 10/25/2011 – ANNUAL REPORT | View image in PDF format |
| 03/19/2011 – ANNUAL REPORT | View image in PDF format |
| 04/07/2010 – ANNUAL REPORT | View image in PDF format |
| 04/09/2009 – ANNUAL REPORT | View image in PDF format |
| 04/08/2008 – ANNUAL REPORT | View image in PDF format |
| 08/07/2007 – ANNUAL REPORT | View image in PDF format |
| 03/15/2007 – ANNUAL REPORT | View image in PDF format |
| 04/19/2006 – ANNUAL REPORT | View image in PDF format |
| 05/05/2005 – ANNUAL REPORT | View image in PDF format |
| 05/04/2004 – ANNUAL REPORT | View image in PDF format |
| 03/29/2004 – Reg. Agent Change | View image in PDF format |
| 04/28/2003 – ANNUAL REPORT | View image in PDF format |
| 05/23/2002 – ANNUAL REPORT | View image in PDF format |
| 05/12/2001 – ANNUAL REPORT | View image in PDF format |
| 04/21/2000 – ANNUAL REPORT | View image in PDF format |
| 05/17/1999 – ANNUAL REPORT | View image in PDF format |
| 10/15/1998 – Reg. Agent Change | View image in PDF format |
| 05/13/1998 – ANNUAL REPORT | View image in PDF format |
| 05/06/1997 – ANNUAL REPORT | View image in PDF format |
| 04/25/1996 – ANNUAL REPORT | View image in PDF format |
| 05/16/1995 – ANNUAL REPORT | View image in PDF format |
| 05/16/1995 – 1995 ANNUAL REPORT | View image in PDF format |
| 05/01/1994 – 1994 ANNUAL REPORT | View image in PDF format |
| 05/01/1993 – 1993 ANNUAL REPORT | View image in PDF format |
| 06/18/1992 – 1992 ANNUAL REPORT | View image in PDF format |
| 08/28/1991 – 1991 ANNUAL REPORT | View image in PDF format |
| 07/10/1990 – 1990 ANNUAL REPORT | View image in PDF format |
| 07/18/1989 – 1989 ANNUAL REPORT | View image in PDF format |
| 07/08/1988 – 1988 ANNUAL REPORT | View image in PDF format |
| 07/20/1987 – 1987 ANNUAL REPORT | View image in PDF format |
| 08/21/1986 – 1986 ANNUAL REPORT | View image in PDF format |
| 09/01/1985 – 1985 ANNUAL REPORT | View image in PDF format |
| 06/29/1984 – 1984 ANNUAL REPORT | View image in PDF format |
| 12/30/1983 – Amendment | View image in PDF format |
| 07/21/1983 – 1983 ANNUAL REPORT | View image in PDF format |
| 10/14/1982 – Reg. Agent Change | View image in PDF format |
| 08/25/1982 – Amendment | View image in PDF format |
| 07/16/1982 – 1982 ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations

8493 74

500002474625-2

Amendment
Filed on 8-25-82

7 pgs.



# C T CORPORATION SYSTEM



*Associated with The Corporation Trust Company*

314 NORTH BROADWAY , ST. LOUIS, MISSOURI 63102 · (314) 231-8380

August 16, 1982

RE: WAL-MART STORES, INC.                          TU 28032-2

COUNSEL:

Secretary of State
Corporate Records Bureau
Division of Corporations
Department of State
P. O. Box 6327
Tallahassee, Florida 32301

S. ROBSON WALTON, ATTY
WAL-MART STORES, INC.
P O BOX 116
BENTONVILLE, ARKANSAS 72712

Dear Sir:   INCREASE

Pursuant to the instructions of counsel named above,
we enclose for filing on behalf of this corporation, which
is authorized to do business in your state, application by
foreign corporation for increase of its represented autho-
rized shares in the state of Florida, along with a certified
copy of the certificate of amendment.

Check in payment of the required fees is attached. Please
forward the usual evidence of filing to this office.

Yours very truly,

C T CORPORATION SYSTEM

By

Steven A. Graulich
Service Representative

Name        SAG/gms
Availability

SPECIAL INSTRUCTIONS:

Document
Examiner

Updater

Updater
Verifier

Acknowledgement

W. P. Verify

APPLICATION BY FOREIGN CORPORATION FOR INCREASE OR DECREASE OF ITS
REPRESENTED AUTHORIZED SHARES IN FLORIDA.

(1)     WAL-MART STORES, INC.
                 (NAME OF CORPORATION)

(2)     86,000,000  Common  Par Value  $ .10
      (TOTAL AUTHORIZED SHARES (ITEMIZED BY CLASSES), PAR VALUE OF SHARES
      AND SHARES WITHOUT PAR VALUE)
      4,000,000 Preferred Par Value  $ .10

(3) "VALUE" MAY BE DEFINED IN ANY TERMS CONSISTENT WITH GENERALLY ACCEPTED
     ACCOUNTING PRINCIPLES.

A. ESTIMATED VALUE OF ALL PROPERTY OWNED
    BY THE CORPORATION FOR THE COMING YEAR,
    WHEREVER LOCATED                $  $700,000,000

B. ESTIMATED GROSS AMOUNT OF BUSINESS TO
    BE TRANSACTED BY THE CORPORATION
    DURING THE COMING YEAR          $ $3,000,000,000

C. ESTIMATED VALUE OF ALL PROPERTY IN
    FLORIDA OWNED BY THE CORPORATION FOR
    THE COMING YEAR                  $  -0-

D. ESTIMATED GROSS AMOUNT OF BUSINESS TO
    BE TRANSACTED IN FLORIDA BY THE COR-
    PORATION DURING THE COMING YEAR     $  -0-

E. TOTAL OF "A" AND "B"            $  $3,700,000,000

F. TOTAL OF "C" AND "D"            $  -0-

G. DIVIDE "F" BY "E"               -0-

H. MULTIPLY "G" BY TOTAL AUTHORIZED
    SHARES AND THEIR PAR VALUE (IF NO PAR
    VALUE SHARES, MULTIPLY ONLY BY THE
    NUMBER OF SHARES)               -0-

THE FLORIDA ALLOCATION FOR PURPOSES OF DETERMINING THE TAX ON
AUTHORIZED CAPITAL STOCK WILL BE BASED ON THE NUMBER OF SHARES AND
THEIR PAR VALUE; IF NO PAR VALUE SHARES, IT WILL BE BASED ON THE
NUMBER OF SHARES.

_____
PRESIDENT OR VICE PRESIDENT

_____
SECRETARY OR ASSISTANT SECRETARY

STATE OF
COUNTY OF

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 10th

DAY OF _August_  19 82 , BY _Charlie E. Self_
                         (NAME OF OFFICER)
_Vice President_ OF _WAL-MART STORES, INC._
(TITLE OF OFFICER)            (NAME OF CORPORATION)
A _Delaware_ CORPORATION, ON BEHALF OF THE CORPORATION.
(STATE OR COUNTRY)

My commission expires _Jan. 1, 1990_ .

_____
NOTARY PUBLIC

(SEAL)

(Fla. - 743 - 1/11/78)



# State
# of
# DELAWARE

## Office of SECRETARY OF STATE

I, Glenn C. Kenton, Secretary of State of the State of Delaware,

do hereby certify that the attached is a true and correct copy of

Certificate of ___Amendment___

filed in this office on ___June 21, 1982___



*Glenn C. Kenton, Secretary of State*

BY: _____

DATE: __July 19, 1982__

Form 130

SIXTH
CERTIFICATE OF AMENDMENT TO
CERTIFICATE OF INCORPORATION OF
WAL-MART STORES, INC.

WAL-MART STORES, INC.,  a corporation organized and existing under the laws of the State of Delaware, hereby certifies as follows:

1.  The name of the corporation is

WAL-MART STORES, INC.

The date of filing of its original Certificate of Incorporation with the Secretary of State of Delaware was October 31, 1969; the date of filing of the first amendment to its Certificate of Incorporation with the Secretary of State of Delaware was January 9, 1970; the date of filing of the second amendment to its Certificate of Incorporation was May 14, 1971; the date of filing of the third amendment to its Certificate of Incorporation was March 27, 1972; the date of filing of the fourth amendment to its Certificate of Incorporation was August 18, 1975; and the date of filing of the fifth amendment to its Certificate of Incorporation was November 14, 1980.

2.  The first sentence of Article FOURTH of the Certificate of Incorporation of Wal-Mart Stores, Inc. is amended hereby to read as follows:

"FOURTH:  The total number of shares of all classes of stock which the Corporation shall have authority to

issue is Ninety Million (90,000,000) shares, of
which Eighty-Six Million (86,000,000) shares shall be
classified as Common Stock, of the par value of 10¢
per share (herein called "Common Stock"), and of which
Four Million (4,000,000) shares shall be classified as
Preferred Stock of the par value of 10¢ per share
(herein called "Preferred Stock")."

Article FOURTH and the rest of the Certificate of Incorpora-
tion of Wal-Mart Stores, Inc., as amended, shall otherwise
remain unchanged.

3.   This Amendment to the Certificate of Incorporation
was set forth in a resolution duly adopted by the Board of
Directors on March 18, 1982, which resolution declared the
adoption of the Amendment to be advisable and which ordered
that the Amendment be presented for approval by the stock-
holders of the corporation at the annual meeting to be held
June 4, 1982.  The said meeting of the stockholders was
held pursuant to proper call and notice in accordance with
section 222 of the General Corporation Law of the State of
Delaware.  Of the 32,470,476 shares of the Common Stock and
296,464 shares of Preferred Stock which were issued, outstand-
ing and entitled to vote at the meeting, a total of 25,157,197
shares were voted in favor of approval of the Amendment.  Thus,
the corporation hereby certifies that this Amendment has been

-2-

duly adopted in accordance with the provisions of section

242 of the General Corporation Law of the State of Delaware.

IN WITNESS WHEREOF, said WAL-MART STORES, INC. has

caused its corporate seal to be hereto affixed and this

Certificate to be signed by its Vice Chairman and attested

by its Assistant Secretary as of the 4th day of June, 1982.

WAL-MART STORES, INC.

By: _S. Robson Walton_
S. Robson Walton
Vice Chairman

ATTEST:

_David R. Laney_
David R. Laney
Assistant Secretary

(CORPORATE SEAL)

STATE OF ARKANSAS)
                 ) ss.
COUNTY OF BENTON )

BEFORE ME, a Notary Public, in and for said State,
on this 4th day of June, 1982, personally appeared S. Robson
Walton, to me known to be the identical person who subscribed
the name of the maker thereof to the foregoing instrument as its
Vice Chairman and acknowledged to me that the facts stated
therein are true and that he executed the same as his free and
voluntary act and deed, and as the free and voluntary act and
deed of such corporation for the uses and purposes therein set
forth.

_Nancy J. Waskuwich_
Notary Public

(SEAL)

My Commission Expires:

_May 18, 1985_



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Foreign Limited Liability Company
WSE MANAGEMENT, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | M02000000296 |
| **FEI/EIN Number** | 71-0862403 |
| **Date Filed** | 02/05/2002 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 06/25/2020 |
| **Event Effective Date** | NONE |

### Principal Address

702 SW 8th Street
Bentonville, AR 72716

Changed: 06/25/2020

### Mailing Address

702 SW 8th Street
Bentonville, AR 72716

Changed: 06/25/2020

### Registered Agent Name & Address

CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Name Changed: 05/03/2004

Address Changed: 01/24/2017

### Authorized Person(s) Detail

**Name & Address**

Title Manager

SKINNER, TIM
708 SW 8th Street
Bentonville, AR 72716

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2020 | 01/18/2020 |
| 2020 | 06/26/2020 |
| 2021 | 04/26/2021 |

## Document Images

| | |
| --- | --- |
| 04/26/2021 — ANNUAL REPORT | View image in PDF format |
| 06/26/2020 — AMENDED ANNUAL REPORT | View image in PDF format |
| 06/25/2020 — LC Amendment | View image in PDF format |
| 01/18/2020 — ANNUAL REPORT | View image in PDF format |
| 04/17/2019 — AMENDED ANNUAL REPORT | View image in PDF format |
| 04/05/2019 — ANNUAL REPORT | View image in PDF format |
| 09/15/2018 — AMENDED ANNUAL REPORT | View image in PDF format |
| 09/06/2018 — AMENDED ANNUAL REPORT | View image in PDF format |
| 04/26/2018 — AMENDED ANNUAL REPORT | View image in PDF format |
| 04/14/2018 — ANNUAL REPORT | View image in PDF format |
| 02/28/2017 — AMENDED ANNUAL REPORT | View image in PDF format |
| 01/16/2017 — ANNUAL REPORT | View image in PDF format |
| 01/09/2017 — LC Amendment | View image in PDF format |
| 04/29/2016 — AMENDED ANNUAL REPORT | View image in PDF format |
| 04/22/2016 — AMENDED ANNUAL REPORT | View image in PDF format |
| 04/09/2016 — ANNUAL REPORT | View image in PDF format |
| 08/05/2015 — AMENDED ANNUAL REPORT | View image in PDF format |
| 03/31/2015 — ANNUAL REPORT | View image in PDF format |
| 07/04/2014 — AMENDED ANNUAL REPORT | View image in PDF format |
| 05/12/2014 — AMENDED ANNUAL REPORT | View image in PDF format |
| 03/31/2014 — ANNUAL REPORT | View image in PDF format |
| 04/16/2013 — ANNUAL REPORT | View image in PDF format |
| 08/16/2012 — ANNUAL REPORT | View image in PDF format |
| 04/14/2012 — ANNUAL REPORT | View image in PDF format |
| 01/06/2011 — ANNUAL REPORT | View image in PDF format |
| 04/09/2010 — ANNUAL REPORT | View image in PDF format |
| 04/09/2009 — ANNUAL REPORT | View image in PDF format |
| 04/08/2008 — ANNUAL REPORT | View image in PDF format |
| 03/15/2007 — ANNUAL REPORT | View image in PDF format |
| 04/18/2006 — ANNUAL REPORT | View image in PDF format |
| 05/02/2005 — ANNUAL REPORT | View image in PDF format |
| 05/03/2004 — ANNUAL REPORT | View image in PDF format |
| 04/06/2004 — Reg. Agent Change | View image in PDF format |
| 05/06/2003 — ANNUAL REPORT | View image in PDF format |
| 02/05/2002 — Foreign Limited | View image in PDF format |

4/29/2021 Case 2:21-cv-14422-JEM   Document 1-2   Entered on FLSD Docket 10/22/2021   Page 21 of 32
Detail by Entity Name
Florida Department of State, Division of Corporations



M020000000296

```
        ACCOUNT NO.   :  072100000032

        REFERENCE  :  291266      7136890

        AUTHORIZATION  :

        COST LIMIT  :  $ 125.00
```
*Patricia Pirito*

------------------------------------------------------------

ORDER DATE :  February 4, 2002

ORDER TIME :  12:58 PM

ORDER NO.  :  291266-030

CUSTOMER NO:    7136890                    600004881716--1

CUSTOMER:  Mr. Kris Isham
           Wal-mart Stores, Inc.  Legal
           702 Sw 8th Street

           Bentonville, AR  72716-8095

------------------------------------------------------------

<u>FOREIGN FILINGS</u>


       NAME:    WSE MANAGEMENT, LLC


<u>XXXX</u>  QUALIFICATION   (TYPE: <u>LL</u>)


PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

_____   CERTIFIED COPY
<u>XX</u>         PLAIN STAMPED COPY
_____   CERTIFICATE OF GOOD STANDING


CONTACT PERSON:  Susie Knight -- EXT# 1156

                 EXAMINER:
                          2-5-02

**APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA**

*IN COMPLIANCE WITH SECTION 608.503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. WSE MANAGEMENT, LLC
   (Name of foreign limited liability company)

2. DELAWARE
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 71-0862403
   ( FEI number, if applicable)

4. 11-9-2001
   (Date of Organization)

5. PERPETUAL
   (Duration: Year limited liability company will cease to exist or "perpetual")

6. UPON QUALIFICATION
   (Date first transacted business in Florida. (See sections 608.501, 608.502, and 817.155, F.S.)

7. 702 SW 8TH STREET

   BENTONVILLE, AR, 72716-0555
   (Street address of principal office)

8. If limited liability company is a manager-managed company, check here ☒

9. The name and usual business addresses of the managing members or managers are as follows:

   SEE ATTACHED OFFICERS LIST

10. Attached is an original certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (A photocopy is not acceptable. If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted.)

11. Nature of business or purposes to be conducted or promoted in Florida: _____

    SEE ATTACHED PURPOSE CLAUSE

    Signature of a member or an authorized representative of a member.
    (In accordance with section 608.408(3), F.S., the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

    Anthony D. George, Assistant Secretary
    Typed or printed name of signee

## CERTIFICATE OF DESIGNATION OF
## REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 or 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1.  The name of the Limited Liability Company is:

WSE MANAGEMENT, LLC

2.  The name and the Florida street address of the registered agent and office are:

Corporation Service Company
(Name)

1201 Hays Street
Florida street address (P.O. Box **NOT** ACCEPTABLE)

Tallahassee        FL          32301
(City/State/Zip)

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S.*

**Brian Courtney**
**Asst. V. Pres.**

(Signature)

$ 100.00   **Filing Fee for Application**
$  25.00   **Designation of Registered Agent**
$  30.00   **Certified Copy (optional)**
$   5.00   **Certificate of Status (optional)**

## PURPOSE STATEMENT FOR
## WSE MANAGEMENT, LLC

To engage in any legal act or action for which limited liability companies may be formed, including, but not limited to, various management, employment, and other business services related to retail activities.

# WSE MANAGEMENT, LLC

## Officer List

Each of the following may be reached at:

WSE Management, LLC
702 SW 8th Street
Bentonville, AR 72716

| | |
|---|---|
| H. Lee Scott, Jr. | President & Sole Director |
| Paul R. Carter | Executive Vice President |
| Mike Duke | Executive Vice President |
| Coleman Peterson | Executive Vice President |
| Thomas Schoewe | Executive Vice President & CFO |
| Jay Fitzsimmons | Senior Vice President and Treasurer |
| Glenn L. Habern | Senior Vice President – New Business Development |
| James Martin | Senior Vice President – Pharmacy |
| Robert K. Rhoads | Senior Vice President and Secretary |
| James A. Walker, Jr. | Senior Vice President and Controller |
| Eric Zorn | Senior Vice President – Real Estate |
| Rollin Ford | Senior Vice President |
| Dennis Atnip | Vice President & Regional Distribution Manager |
| Rick Brazile | Vice President – Accounting and Assistant Controller |
| J. Robert Bray | Vice President – Real Estate |
| David Bullington | Vice President – Tax |
| Johnnie Dobbs, Jr. | Vice President Specialty Distribution |

Doc # 375704 last edited 11-9-01

| | |
|---|---|
| Larry Duff | Vice President |
| Bradley Feagans | Vice President & Divisional Merchandise Manager |
| Gary Fratto | Vice President & Divisional Merchandise Manager |
| Anthony L. Fuller | Vice President – Real Estate |
| Allison Garrett | Vice President & Assistant Secretary |
| Martin G. Gilbert | Vice President & Assistant Secretary |
| Kerry Harmon | Vice President – Operations |
| Dave Holtz | Vice President & Regional Distribution Manager |
| Brian Huff | Vice President & Divisional Merchandise Manager |
| Chuck Johnston | Vice President – Logistics |
| Deborah Kass | Vice President – Logistics People |
| Mike Mabry | Vice President & Regional Distribution Manager |
| Larry Mahoney | Vice President - Logistics |
| Rick Mangrum | Vice President |
| William May | Vice President |
| Ruth McCarthy | Vice President & Divisional Merchandise Manager |
| Mike McLemore | Vice President - Logistics |
| Lori Meyer | Vice President |
| Mike Miller | Vice President – Operations |
| Steve Noetzel | Vice President |
| Dave Reiff | Vice President – Private Fleet |
| Bob Robinson | Vice President & Regional Distribution Manager |

| | |
|---|---|
| Michael Rouse | Vice president & Divisional Merchandise Manager |
| Sallie Stroud | Vice President & Assistant Secretary |
| Ted Wade | Vice President – Traffic |
| Mark Weiler | Vice President & Regional Distribution Manager |
| Ronald A. Williams | Vice President & Assistant Secretary |
| Tim Yatsko | Vice President-IMD |
| Robert M. Bedard | Assistant Vice President & Assistant Secretary |
| Jim Bennett | Assistant Vice President |
| J. Robert Bray | Assistant Vice President & Assistant Secretary |
| Michael A. Gardner | Assistant Vice President & Assistant Secretary |
| Kimberly K. Lane | Assistant Vice President & Assistant Secretary |
| S. Richard Levin | Assistant Vice President & Assistant Secretary |
| Barry Shannahan | Assistant Vice President & Assistant Secretary |
| George Bacso | Assistant Secretary |
| Angela S. Beehler | Assistant Secretary |
| Shavondelia Brown | Assistant Secretary |
| Rachel Brumley | Assistant Secretary |
| Debbie Cawood | Assistant Secretary |
| James A. Cole | Assistant Secretary |
| Lorraine E. Dark | Assistant Secretary |
| Anthony George | Assistant Secretary |
| Martin G. Gilbert, Jr. | Assistant Secretary |
| Chris Glass | Assistant Secretary |

Doc # 375704 last edited 11-9-01

| | |
|---|---|
| Scott Greear | Assistant Secretary |
| Jim Harris | Assistant Secretary |
| Sondra Hilger | Assistant Secretary |
| Frank Hysell | Assistant Secretary |
| Michael W. Kersting | Assistant Secretary |
| Adele E. Lucas | Assistant Secretary |
| Joan Mladucky | Assistant Secretary |
| Carl Muller | Assistant Secretary |
| Karen Roberts | Assistant Secretary |
| Brandt Rydell | Assistant Secretary |
| Kim Saylors | Assistant Secretary |
| Kathy Tobey | Assistant Secretary |
| Michael E. Tomlin | Assistant Secretary |
| Latriece Watkins | Assistant Secretary |
| Elizabeth Branigan | Assistant Treasurer |
| Michael A. Cook | Assistant Treasurer |

# Delaware

PAGE  1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "WSE MANAGEMENT, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FOURTH DAY OF FEBRUARY, A.D. 2002.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.



Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

3455670  8300

020071177

AUTHENTICATION: 1593988

DATE: 02-04-02

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

Department of State: Division of Corporations

Allowable Characters

HOME

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | Incorporation Date / Formation Date: | **10/31/1969** (mm/dd/yyyy) |

File Number: **732109**

Entity Name: **WALMART INC.**

| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE ST** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

View Search Results

New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov