IN THE CIRCUIT COURT IN AND
FOR ST. LUCIE COUNTY, FLORIDA

PAMELA JONES, as Personal
Representative of the Estate of
WILLIE MAE LEVY, Deceased

CASE NUMBER:

    Plaintiff,

v.

WAL-MART STORES EAST LP

    Defendant.

_____/

## WRONGFUL DEATH COMPLAINT

Plaintiff, PAMELA JONES, as Personal Representative of the Estate of WILLIE MAE LEVY, Deceased, by and through her undersigned attorneys and sues the Defendant, WAL-MART STORES EAST LP, a Foreign Limited Partnership, (hereinafter referred to as, "WAL-MART"), and in support thereof would state the following:

1. This is an action for damages in excess of $30,000.00.

2. At all times material hereto, Plaintiff, PAMELA JONES, as Personal Representative of the Estate of WILLIE MAE LEVY, Deceased, was and is a resident of St. Lucie County, Florida, is over the age of eighteen (18) years and is otherwise sui juris.

3. At all times material hereto, Defendant, WAL-MART, was and is a Foreign Limited Partnership and was doing business throughout the State of Florida for which it receives substantial revenue.

4. At all times material to this action, WAL-MART submitted itself to the jurisdiction of this Court by doing, personally or through its agents, the following:

    a. Conducting business or a business venture within the State of Florida;

    b. Engaging in business or a business venture within the State of Florida;

c.  Carrying on a business or a business venture within the State of Florida;

d.  Committing a tortious act within the State of Florida; and/or

e.  Causing the death of WILLIE MAE LEVY, within the State of Florida.

5. Accordingly, at all times material to this action, WAL-MART voluntarily submitted itself to the jurisdiction of this Court.

6. At all times material hereto, Defendant, WAL-MART, owned, controlled, possessed, and/or responsible for the maintenance of the subject property located in and upon Walmart #973, 5100 Okeechobee Road, Fort Pierce, FL 34947.

7. On or about February 15, 2021, Plaintiff, WILLIE MAE LEVY, was rightfully on the said premises as a business invitee.

8. Venue is proper in St. Lucie County Florida, as the incident that is the subject of this action, occurred in St. Lucie County, Florida.

## FACTUAL BACKGROUND

9. On or about February 15, 2021, the Plaintiff was an invitee in and upon the subject premises of Wal-Mart Store #973, at which time Plaintiff slipped and fell on a transitory substance.

10. On or about February 15, 2021, Plaintiff was transported to Lawnwood Medical Center where she received immediate attention for her injuries sustained in the fall.

11. On or about February 15, 2021, Plaintiff was admitted to the hospital to undergo surgery for injuries sustained from the fall Wal-Mart Store #973.

12. On or about February 19, 2021, while attempting to recover from surgery, Plaintiff ultimately succumbed due to injuries sustained in the fall.

## COUNT I-NEGLIGENCE CLAIM AGAINST WAL-MART

13. Plaintiff, PAMELA JONES, as Personal Representative of the Estate of WILLIE

MAE LEVY, Deceased, reiterate, re-allege and adopt the foregoing paragraphs 1 through 12 herein above, and further allege:

14. On or about February 15, 2021, the Plaintiff was an invitee in and upon the subject premises of Wal-Mart Store #973 at which time Plaintiff slipped and fell on a transitory substance.

15. As owner of the subject premises where the above referenced accident occurred, Defendant, WAL-MART, had certain non-delegable duties which it owed to the Plaintiff, WILLIE MAE LEVY, including but not limited to the following:

   a. Maintain the premises in a reasonably safe condition;

   b. Warn and/or correct unsafe conditions existing on the property;

   c. Use reasonable care to protect business invitees, such as WILLIE MAE LEVY, from dangerous conditions existing on said premises of which they knew or should have known;

   d. A duty to ensure that the occupier of the property operates and maintains said property in a reasonably safe manner; and,

   e. Duty to adequately train and supervise its employees, agents, and/or servants to never create safety hazards.

16. On or about February 15, 2021, the Defendant, WAL-MART, and/or its employees, servants or agents, acting in the course and scope of their employment, breached its duties by committing one or more of the following acts or omissions:

   a. Failed to maintain the premises in a reasonably safe condition;

   b. Failed to ensure that the persons or entities occupying its premises, maintained the premises in a reasonably safe condition;

   c. Failed to correct a dangerous condition which was known or should have been known to the Defendant, WAL-MART, had it performed reasonable and timely inspections of the subject area and had it acted reasonably under the circumstances;

   d. Failed to supervise, monitor and/or direct employees and/or agents of the Defendant, for which the Defendant is liable, in maintaining said premises in a reasonable safe condition;

    e.        Failed to provide adequate warning signs in the subject area where Plaintiff fell; and,

    f.        Failed to have proper procedures to identify such dangerous, hazardous and unsafe conditions;

17. As a direct and proximate result of the above negligent actions, the Estate of WILLIE MAE LEVY, Deceased, survivors, and beneficiaries have incurred damages, including: loss of the support and services; future loss of support and services; loss of replacement value of services; loss of parental companionship; mental pain and suffering; medical expenses due to injury; medical expenses due to death; funeral expenses due to death; loss of society; loss of affection; loss of assistance and all compensable damages owing pursuant to Section 768, Florida Statutes.

WHEREFORE, the Plaintiff, PAMELA JONES, as Personal Representative of the Estate of WILLIE MAE LEVY, Deceased, sues Defendant, WAL-MART for damages and seeks a sum in excess of Thirty Thousand Dollars ($30,000.00), exclusive of interest and costs and demands trial by jury.

DATED this 17th day of September 2021.

/s/ Gregorio A. Francis
**GREGORIO A. FRANCIS, ESQ**
Florida Bar No.: 0008478
/s/ Benjamin C. Garcia
**BENJAMIN C. GARCIA, ESQ**
Florida Bar No.: 118676
**OSBORNE & FRANCIS, PLLC**
805 S. Kirkman Rd., Suite 205
Orlando, FL 32811
Telephone:  (407) 655-3333
Facsimile:   (407) 955-4865
Primary:       BGarcia@RealToughLawyers.com
Secondary:   GOwens@RealToughLawyers.com
Attorney for Plaintiff